# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

In re:                                    :
                                             Docket #16cv7151
 BLUELINK MARKETING, LLC, et al.,    :   1:16-cv-07151-AT-JLC

                    Plaintiffs,      :

   - against -                       :

 CARNEY, et al.,                     :
                                             New York, New York
                    Defendants.      :   March 20, 2017

------------------------------------:

                      PROCEEDINGS BEFORE
                 THE HONORABLE JAMES L. COTT
         UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

APPEARANCES:

For Plaintiffs:              LEWIS & LIN, LLC
                             BY:  JUSTIN MERCER, ESQ.
                             45 Main Street, Suite 608
                             Brooklyn, New York 10017

For Defendants:              SEDHOM LAW GROUP
                             BY:  RANIA SEDHOM, ESQ.
                             750 Third Avenue, 9th Floor
                             New York, New York 10017
```

```
Transcription Service: Carole Ludwig, Transcription Services
                       141 East Third Street #3E
                       New York, New York 10009
                       Phone:  (212) 420-0771
                       Fax:  (212) 420-6007

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.
```

3

THE COURT:  This is the case of Bluelink Marketing, LLC, and Gerald Owens as plaintiffs versus Declan Carney and Tagcade LLC, also known as Pubvantage, as defendants.  The docket number is 16cv7151.  The case is assigned to Judge Torres and she has referred the case to me for general pretrial supervision including settlement. We've had a lengthy settlement conference today, our second such conference after an earlier one this year, and it's my understanding that the parties have agreed to a settlement. It is further my understanding that the parties plan to memorialize their settlement in a written agreement, but they also wish to place the material terms of the settlement on the record at this time. And the reason they wish to do so is to insure that in the highly unlikely event that they are unable to memorialize all of the terms of the settlement in a written agreement, they will then have all of the material terms set forth on the record at this time, and upon inquiry from the Court, they will agree to be bound by all of those material terms such that there is a binding and enforceable agreement between the parties.

Mr. Mercer, is that your understanding of how we are proceeding?

MR. JUSTIN MERCER:  Yes, Your Honor.

THE COURT:  And Ms. Sedhom, is that your

4

understanding of how we are proceeding?

MS. RANIA SEDHOM:  Yes, Your Honor.

THE COURT:  All right, it is my understanding that Mr. Mercer, in the first instance, is going to recite on the record his understanding of what all of the material terms of the settlement are. Once he has done so, I will ask Ms. Sedhom if she wishes to supplement or modify or clarify any of those terms. Once the lawyers agree on the record that all of the material terms have been set forth, then I will ask their respective clients if they understand all of those terms, if they have had a sufficient opportunity to discuss all of those terms with their attorneys, whether they agree to those terms and whether they agree to be bound by those terms such that there is a binding and enforceable agreement between the parties. Is that means a proceeding acceptable to counsel, Mr. Mercer?

MR. MERCER:  Yes, Your Honor.

THE COURT:  Ms. Sedhom?

MS. SEDHOM:  Yes, Your Honor.

THE COURT:  All right, Mr. Mercer, why don't you proceed at this time?

MR. MERCER:  Thank you, Your Honor. For the first point, the parties will work cooperatively and in good faith to draft a written settlement agreement within the next 60

9

THE COURT:  All right, do the lawyers now agree that the material terms have been set forth on the record such that I should inquire of their respective clients?

MR. MERCER:  Yes, Your Honor.

MS. SEDHOM:  Yes, Your Honor.

THE COURT:  All right, Mr. Owens, have you have an opportunity to hear all of the terms that have been set forth on the record?

MR. GERALD OWENS:  Yes, Your Honor.

THE COURT:  Have you understood all those terms?

MR. OWENS:  Yes, Your Honor.

THE COURT:  Have you discussed those terms with your attorneys?

MR. OWENS:  Yes.

THE COURT:  And have you had a sufficient opportunity to do so?

MR. OWENS:  Yes, Your Honor.

THE COURT:  And are you here, not only in your individual capacity, but also in your capacity as the representative of Bluelink Marketing, LLC?

MR. OWENS:  Yes, Your Honor.

THE COURT:  And are you authorized to enter into this settlement on behalf of Bluelink, as well as yourself?

MR. OWENS:  Yes.

10

THE COURT:  And do you agree to all of the terms that have been set forth on the record?

MR. OWENS:  Yes.

THE COURT:  And do you agree to be bound by those terms such that there is an enforceable agreement between you and the defendants?

MR. OWENS:  Yes.

THE COURT:  Mr. Mercer, are there any other questions you want me to ask Mr. Owens on the record?

MR. MERCER:  No, Your Honor.

THE COURT:  Ms. Sedhom, for any reason, any questions you'd want me to ask Mr. Owens that I didn't ask him?

MS. SEDHOM:  No, Your Honor.

THE COURT:  All right.  Mr. Carney, I have the same questions for you.  First of all, did you hear all the terms that have been set forth on record?

MR. DECLAN CARNEY:  I did, yes.

THE COURT:  And do you understand all those terms?

MR. CARNEY:  I do.

THE COURT:  And have you had an opportunity, sufficient opportunity to discuss all of those terms with your attorney?

MR. CARNEY:  Yes.

11

THE COURT:  And do you agree to all of the terms?

MR. CARNEY:  I do.

THE COURT:  And do you agree to be bound by those terms such that there is a binding and enforceable agreement between the defendants and the plaintiffs?

MR. CARNEY:  I do.

THE COURT:  And are you authorized not just to resolve this on behalf of yourself, but also on behalf of the corporate defendant, Tagcade LLC, also known as Pubvantage?

MR. CARNEY:  Yes, I am.

THE COURT:  Ms. Sedhom, any other questions I should ask Mr. Carney on the record?

MS. SEDHOM:  No, Your Honor.

THE COURT:  Mr. Mercer, anything else you want me to ask Mr. Carney for any reason?

MR. MERCER:  No, Your Honor.

THE COURT:  Anything else either counsel believes we need to put on the record to insure that we have a binding, enforceable agreement between the parties in the unlikely event that you do not succeed in memorializing your agreement in writing?

MR. MERCER:  No, Your Honor.

MS. SEDHOM:  No, Your Honor.

14

C E R T I F I C A T E

I, Carole Ludwig, certify that the foregoing transcript of proceedings in the United States District Court, Southern District of New York, Bluelink Marketing, LLC, et al., versus Carney, et al., Docket #16cv7151, was prepared using PC-based transcription software and is a true and accurate record of the proceedings.

Signature_____

Date:  April 13, 2017