UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUELINK MARKETING, LLC and GERALD OWENS<br><br>               Plaintiffs,<br><br>       v.<br><br>DECLAN CARNEY and TAGCADE LLC a/k/a PUBVANTAGE,<br><br>               Defendants. | Case No. 1:16-cv-7151-JLC<br><br>**NOTICE OF MOTION FOR ATTORNEYS' FEES** |

**PLEASE TAKE NOTICE** that Defendants Declan Carney and Tagcade LLC a/k/a Pubvantage, by and through their undersigned counsel, respectfully request that this Court award Defendants their attorneys' fees incurred in bringing their successful Motion to Enforce Settlement Agreement. In support of their motion, Defendants rely upon the accompanying Memorandum of Law in Support, and the Declaration of Rania V. Sedhom and exhibits thereto.

Dated:  September 25, 2017                Respectfully submitted,

                                By:  /s/ Rania V. Sedhom
                                    Rania V. Sedhom
                                    Sedhom Law Group, PLLC
                                    750 Third Avenue, 9th Floor
                                    New York, NY 10017
                                    212-549-1819 (tel.)
                                    212-563-9280 (fax)
                                    *Attorneys for Defendants Declan Carney and*
                                        *Tagcade LLC a/k/a Pubvantage*