# EXHIBIT 1



| | 750 Third Avenue, 9th Floor<br>Phone 212-549-1819<br>Fax  212-563-9280 | **INVOICE** |
|---|---|---|
| | | INVOICE #399<br>DATE: 6/5/2017 |

| TO: | FOR: |
|---|---|
| Declan Carney<br>Pubvantage LLC<br>221 River Street, 9th Floor<br>Hoboken, NJ 07030<br>declan@pubvantage.com | Legal Services Rendered<br>May, 2017<br>*Owens v. Carney, et al.* |

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 05-11-17 | Review transcript and edits to settlement agreement; draft emails to Justin Mercer | 3.5 | 375 | 1312.50 |
| 05-15-17 | Discuss settlement agreement; research motion to enforce; research regarding Plan termination | 1.0 | 375 | 375.00 |
| 05-18-17 | Legal research regarding motions to enforce settlements; prepare motion to enforce | 2.5 | 375 | 937.50 |
| 05-18-17 | Conference with G. Mimier re email to J. Mercer | 0.5 | 600 | 300.00 |
| 05-19-17 | Draft email to opposing counsel; research and draft motion to enforce settlement | 3.5 | 375 | 1312.50 |
| 05-20-17 | Draft motion to enforce settlement agreement | 3.0 | 375 | 1125.00 |
| 05-21-17 | Reviewed motion to enforce | 0.75 | 600 | 450.00 |
| 05-22-17 | Edited and filed motion to enforce | 3.0 | 375 | 1125.00 |
| 05-23-17 | Review plaintiff's letter motion to enforce; discussion with R. Sedhom re same; draft and file letter to Judge Torres re docketing | 1.5 | 375 | 562.50 |
| 05-23-17 | Reviewed plaintiffs' letter motion; discussion with G. Mimier re next steps | 1.0 | 600 | 600.00 |
| 05-25-17 | Discuss settlement options | 0.25 | 375 | 93.75 |
| | | | TOTAL | 8193.75 |
| | | 4% Administrative Fee | | 327.75 |
| | | | **Total:** | 8,521.50 |

Kindly make all checks payable to Sedhom Law Group, PLLC and mail to:
Rania V. Sedhom
Sedhom Law Group, PLLC
750 Third Avenue, 9th Floor
New York, NY 10017

If you prefer to pay via ACH you may do so using the below routing and account numbers:

Routing number:  021000021     //      Account number: 513070362

Payment is due within net 30. Overdue accounts are subject to an interest charge of 1.5% per month.

Page **1** of **1**