# EXHIBIT 2



| 750 Third Avenue, 9th Floor | **INVOICE** |
| Phone 212-549-1819 | |
| Fax  212-563-9280 | |

INVOICE #406
DATE: 7/6/2017

**TO:**
Declan Carney
Pubvantage LLC
221 River Street, 9th Floor
Hoboken, NJ 07030
declan@pubvantage.com

**FOR:**
Legal Services Rendered
June, 2017
*Owens v. Carney, et al.*

| DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 06-01-17 | Discuss settlement and draft correspondence to opposing counsel with R. Sedhom | 1.0 | 375 | 375.00 |
| 06-01-17 | Discuss strategy for correspondence with opposing counsel with G. Mimier | 0.5 | 600 | 300.00 |
| 06-02-17 | Discuss procedure and jurisdiction of court with G. Mimier; reviewed draft letter to Judge Torres | 0.75 | 600 | 450.00 |
| 06-02-17 | Correspond with opposing counsel; draft and file letter with Judge Torres re jurisdiction issue | 1.25 | 375 | 468.75 |
| 06-06-17 | Reviewed Orders; legal research; drafted motion to enforce settlement | 3.5 | 375 | 1312.50 |
| 06-12-17 | Correspond with J. Mercer re settlement | 0.5 | 375 | 187.50 |
| 06-13-17 | Draft correspondence to opposing counsel regarding settlement; prepare consent to proceed before magistrate | 1.0 | 375 | 375.00 |
| 06-15-17 | Draft correspondence to opposing counsel regarding settlement | 0.25 | 375 | 93.75 |
| 06-16-17 | Discuss and draft correspondence to opposing counsel regarding settlement | 1.0 | 375 | 375.00 |
| 06-19-17 | Conference with D. Carney | 0.5 | 600 | 300.00 |
| 06-21-17 | Review Plaintiffs' filing and discuss reply brief | 1.75 | 375 | 656.25 |
| 06-22-17 | Reviewed plaintiffs' motion; conference with G. Mimier re same | 0.75 | 600 | 450.00 |
| 06-23-17 | Drafted reply brief | 3.00 | 375 | 1125.00 |
| 06-27-17 | Reviewed reply brief; conference with G. Mimier re same | 2.00 | 600 | 1200.00 |
| 06-27-17 | Edited and filed reply brief | 2.25 | 375 | 843.75 |
| | | | TOTAL | 8512.50 |
| | | | 4% Administrative Fee | 340.50 |
| | | | **Total:** | 8,853.00 |

Kindly make all checks payable to Sedhom Law Group, PLLC and mail to:
Rania V. Sedhom
Sedhom Law Group, PLLC
750 Third Avenue, 9th Floor
New York, NY 10017

If you prefer to pay via ACH you may do so using the below routing and account numbers:

Routing number:  021000021   //   Account number: 513070362

Payment is due within net 30. Overdue accounts are subject to an interest charge of 1.5% per month.

Page **1** of **1**