**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLUELINK MARKETING LLC and GERALD OWENS<br><br>Plaintiffs,<br><br>v.<br><br>DECLAN CARNEY and TAGCADE LLC a/k/a PUBVANTAGE,<br><br>Defendants. | Civil Action No: 1:16-cv-07151-AT-JLC |

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Schapiro, P.A. is substituted in place of the law firm of Lewis & Lin LLC as counsel of record for Plaintiffs.

PLEASE TAKE NOTICE that, subject to approval by the court, all further pleadings, notices of hearing, and other filings in this action should be served upon the following incoming counsel:

> Zalman Schapiro (zschapiro@schapiropa.com)
> Schapiro, P.A.
> 30 Wall Street, 8th Floor
> New York, NY 10005
> Tel: (212) 729-6631
> Fax: (212) 335-0910

PLEASE NOTE FURTHER that, pursuant to Local Civil Rule 1.4, the undersigned counsel conferred with counsel for Defendant and is authorized to represent that Defendants do not oppose the herein substitution.

I consent to the above substitution.

_____
GERALD OWENS


LEWIS & LIN, LLC                        SCHAPIRO, P.A.

By:_____            By: _____
       Justin Mercer                              Zalman Schapiro
45 Main Street, Suite 608                  30 Wall Street, 8th Floor
Brooklyn, NY 11201                         New York, NY 10005
Tel: (718) 243-9323                          Tel: (212) 729-6631

*Outgoing Counsel for Defendant*      *Incoming Counsel for Defendant*



SO ORDERED


_____   _____, 2017


U.S.D.J